UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>SALEM MOGHRABI d/b/a NJ SMOKE SHOP and SALEM MOGHRABI,<br><br>                Defendant. | Case No. CV 23-5722-DMG (BFMx)<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL [18]** |

Upon consideration of the Plaintiff's Stipulation, and good cause appearing, **IT IS HEREBY ORDERED** and **ADJUDGED** that the Stipulation of Voluntarily Dismissal is **APPROVED**. The above-captioned action is dismissed, with the parties to bear their own fees and costs. The Court reserves jurisdiction to enforce the parties' settlement.

DATED: October 30, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1